UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| ALEXANDER STROSS, <br><br> Plaintiff, <br><br> - against - <br><br> SMITH ROCK MASONRY COMPANY LLC <br><br> Defendant. | Docket No. 6:19-cv-1394 <br><br> JURY TRIAL DEMANDED |

## COMPLAINT

Plaintiff Alexander Stross ("Stross" or "Plaintiff") by and through his undersigned counsel, as and for his Complaint against Defendant Smith Rock Masonry Company LLC ("Smith Rock" or "Defendant") hereby alleges as follows:

## NATURE OF THE ACTION

1. This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of a copyrighted photograph of a home, owned and registered by Stross, a professional photographer. Accordingly, Stross seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

## JURISDICTION AND VENUE

2. This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. This Court has personal jurisdiction over Defendant because Defendant transacts business in Oregon.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5. Stross is a professional photographer in the business of licensing his Photograph to online and print media for a fee having a usual place of business.

6. Upon information and belief, Smith Rock is a domestic business corporation duly organized and existing under the laws of the State of Oregon, with a place of business at 906 NW 19th Place, Redmond, Oregon 97756. Upon information and belief, Smith Rock is registered with the Oregon Department of Corporations to do business in Oregon. At all times material, hereto, Smith Rock has operated their Facebook page at a website at the URL: www.Facebook.com/SmithRockMasonry (the "Website").

## STATEMENT OF FACTS

**A. Background and Plaintiff's Ownership of the Photograph**

7. Stross photographed a home (the "Photograph"). A true and correct copy of the Photograph is attached hereto as Exhibit A.

8. Stross is the author of the Photograph and has at all times been the sole owner of all right, title and interest in and to the Photograph, including the copyright thereto.

10. The Photograph were registered with the United States Copyright Office and were given registration number VAu 989-644.

**B. Defendant's Infringing Activities**

11. Smith Rock ran the Photograph on the Website. See: https://www.facebook.com/smithrockmasonry/. Screenshots of the Photograph on the Website are attached hereto as Exhibit B.

12. Smith Rock did not license the Photograph from Plaintiff for its Website, nor did Smith Rock have Plaintiff's permission or consent to publish the Photograph on its Website.

**CLAIM FOR RELIEF**
**(COPYRIGHT INFRINGEMENT AGAINST PREMIUM)**
**(17 U.S.C. §§ 106, 501)**

14. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-12 above.

15. Smith Rock infringed Plaintiff's copyright in the Photograph by reproducing and publicly displaying the Photograph on the Website. Smith Rock is not, and has never been, licensed or otherwise authorized to reproduce, publically display, distribute and/or use the Photograph.

16. The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

17. Upon information and belief, the foregoing acts of infringement by Smith Rock have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

18. As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

19. Alternatively, Plaintiff is entitled to statutory damages up to $150,000 per work infringed for Defendant's willful infringement of the Photograph, pursuant to 17 U.S.C. § 504(c).

20. Plaintiff further is entitled to his attorney's fees and full costs pursuant to 17 U.S.C. § 505.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. That Defendant Smith Rock be adjudged to have infringed upon Plaintiff's copyrights in the Photograph in violation of 17 U.S.C §§ 106 and 501;

2. Plaintiff be awarded either: a) Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photograph; or b) alternatively, statutory damages of up to $150,000 per copyrighted work infringed pursuant to 17 U.S.C. § 504;

3. That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

4. That Plaintiff be awarded his costs, expenses and attorneys' fees pursuant to 17 U.S.C. § 505;

5. That Plaintiff be awarded pre-judgment interest; and

6. Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
August 30, 2019

LIEBOWITZ LAW FIRM, PLLC

By: /s/Richard Liebowitz
Richard P. Liebowitz
11 Sunrise Plaza, Suite 305

Valley Stream, New York
Tel: 516-233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff Alexander Stross*