UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| ALEXANDER STROSS<br><br>       Plaintiff,<br><br>- against -<br><br>SMITH ROCK MASONRY COMPANY LLC<br><br>       Defendant. | Docket No. 6:19-cv-01394-AA |

**MOTION AND DECLARATION IN SUPPORT OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT PURSUANT TO FED.R.CIV. 55(a)**

I, RICHARD LIEBOWITZ, declare under the penalty of perjury that the following is true and correct to the best of my personal knowledge.

1. I am counsel for Plaintiff Alexander Stross ("Plaintiff").

2. I submit this Declaration in support of Plaintiff's request for the Clerk's entry of default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. Fed.R.Civ.P. 55(a).

3. Defendant Smith Rock Masonry Company LLC ("Defendant") is not an infant, in the military or an incompetent person.

4. Defendant's answer or response to the Complaint was due on October 8, 2019. Defendant has failed to plead or otherwise defend the action.

5. As per the Affidavit of Service, filed on April 30, 2020 [Docket #14], the pleading to which no response has been made was properly served.

Dated:	May 6, 2020
	Valley Stream, NY

**/s/richardliebowitz/**
Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valleystream, NY 11580
516-233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff*