UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| ALEXANDER STROSS<br><br>                    Plaintiff,<br><br>- against -<br><br>SMITH ROCK MASONRY COMPANY LLC<br><br>                    Defendant. | Docket No. 6:19-cv-01394-AA |

**<u>CLERK'S CERTIFICATE OF DEFAULT</u>**

I, _____, Clerk of the United States District Court, District of Oregon, do hereby certify that this action was commenced on August 30, 2019 with the filing of a summons and complaint. On September 17, 2019, a copy of the summons and complaint was served on defendant Smith Rock Masonry Company LLC ("Defendant") by personally serving Jessica Plascencia, designated by law to accept service on Defendant's behalf. Proof of service was therefore filed on April 30, 2020. I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

Dated:_____, 2020

     Eugene, OR

_____
Clerk of Court