IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION


ALEXANDER STROSS,                                        Case No. 6:19-cv-01394-AA
                                                        **SHOW CAUSE ORDER**
          Plaintiff,

    vs.

SMITH ROCK MASONRY
COMPANY LLC,

          Defendant.

_____

AIKEN, District Judge:

      Plaintiff Alexander Stross filed this action on August 30, 2019.  Doc. 1.  On April 28, 2020, the Court ordered plaintiff to show cause in writing why service had not been timely made.  Doc. 13.  On April 30, 2020, plaintiff filed a return of service, which demonstrated that defendant had been served on September 17, 2019, doc. 15, and on May 6, 2020, he filed a Motion for Entry of Default, which the Court granted the next day, docs. 16, 17.  Plaintiff also responded to the Show Cause Order on May 12, 2020, doc. 19, and the Court acknowledged the response was adequate, doc. 19.

Page 1 – SHOW CAUSE ORDER

Since then, nothing has been filed in this case, save a copy of an Opinion and Order from *Usherson v. Bandshell Artist Management*, No. 1:19-cv-06368-JMF (S.D.N.Y.), a case which plaintiff's counsel, Richard Liebowitz, brought in the Southern District of New York.  In the Opinion, the court ordered Mr. Liebowitz and his law firm to file a copy of the Opinion in each pending case brought by him or his firm as part of sanctions imposed for Mr. Liebowitz's repeated violations of court orders and lies to the court and a false allegation made in the complaint.  *See generally*, *Usherson v. Bandshell Artist Mgmt.*, 1:19-cv-06368-JMF, 2020 WL 3483661 (S.D.N.Y. June 26. 2020).  Further, all case scheduling deadlines in this action expired on April 16, 2020.

Plaintiff is therefore ordered to show cause in writing why sanctions (potentially up to and including dismissal of this action) should not be imposed for plaintiff's failure to comply with Court orders or failure to prosecute.

Failure to show good cause or respond to this Order within seven (7) days may result in dismissal of this action.

IT IS SO ORDERED.

Dated this  25th day of March 2021.


_____/s/Ann Aiken_____
Ann Aiken
United States District Judge