Michael O. Stevens, OSB No. 095198
email: michael@hillsborofirm.com
STEVENS & LEGAL, LLC
1915 NE Stucki Avenue, Suite 308
Hillsboro, OR 97006
Tel: (971) 533-6178
Fax: (971) 228-2608

Attorney for Plaintiff ALEXANDER STROSS

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ALEXANDER STROSS,<br><br>               Plaintiff,<br><br>    v.<br><br>SMITH ROCK MASONRY COMPANY LLC,<br><br>               Defendant. | Case No.: **6:19-cv-1394-AA**<br><br>PLAINTIFF'S RESPONSE TO SHOW CAUSE ORDER |

**RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiff Alexander Stross ("Plaintiff"), via undersigned counsel, respectfully submits this response to the Court's order to show cause, dated March 25, 2021. [Dkt. No. 21]. For the reasons stated below, Plaintiff respectfully submits that sanctions should not be imposed for a failure to prosecute.

As the Court notes in the Show Cause Order and in Dkt. No. 20, counsel for Plaintiff, Richard Liebowitz, has run afoul of multiple court orders across the country. However, "Dismissal is a harsh penalty and is to be imposed only in extreme circumstances." *In re Phenylpropanolamine (PPA) Prods. Liab. Litig.*, 460 F.3d 1217,

1226 (9th Cir.2006) (internal quotation marks and citation omitted). It would simply be unfair to dismiss the case based purely upon the actions, or here inactions, of counsel.

Local counsel, Michael O. Stevens, on several occasions since the entering of the order of default [Dkt. No. 16] on May 7, 2020, has made inquires to Mr. Liebowitz as to the status of the motion for a default judgment against the Defendant. The last such inquiry coming on February 10, 2021.

Local counsel respectfully requests an extension to file the motion for default judgment under Fed.R.Civ.P. 55(b)(2) within 21 days of the Court's disposition of this Order to Show Cause. Since Defendant has not answered, or made any attempts to even respond to this case, the delay has not prejudiced Defendant. The only prejudice to-date is to Plaintiff, and a dismissal now would only increase that prejudice. Local counsel will ensure such a motion is filed by personally preparing and filing the motion in order to protect the interests of Plaintiff.

DATED: April 1, 2021                    STEVENS & LEGAL, LLC

/s/ Michael O. Stevens
Michael O. Stevens, OSB No. 095198
michael@hillsborofirm.com
Attorney for Plaintiff