Michael O. Stevens, OSB No. 095198
email: michael@hillsborofirm.com
STEVENS & LEGAL, LLC
1915 NE Stucki Avenue, Suite 308
Hillsboro, OR 97006
Tel: (971) 533-6178
Fax: (971) 228-2608

Attorney for Plaintiff ALEXANDER STROSS

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ALEXANDER STROSS,<br><br>               Plaintiff,<br><br>   v.<br><br>SMITH ROCK MASONRY COMPANY LLC,<br><br>               Defendant. | Case No.: **6:19-cv-1394-AA**<br><br>**DECLARATION OF MICHAEL O. STEVENS IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |

I, Michael O. Stevens, declare as follows:

1. I am an attorney admitted to all courts in the State of Oregon and represent Plaintiff Alexander Stross ("Plaintiff") in the above-entitled action.

2. I submit this declaration in support of Plaintiff's application for entry of default judgment against Smith Rock Masonry Company LLC ("Defendant") pursuant to Fed.R.Civ.P. 55(b)(2).

3. Plaintiff's claims for copyright infringement involve Defendant's unlawful expropriation of Plaintiff's registered photograph of a residential home with stone masonry exterior (the "Photograph"). See Complaint, Exhibit A.

4. Defendant published an article on its commercial listing on Facebook, https://www.facebook.com/smithrockmasonry/ (the "Website") which prominently displayed the Photograph. See Complaint, Exhibit B.

5. Plaintiff's copyright infringement claim qualifies for statutory damages under 17 U.S.C. § 504(c) because the Photograph was registered on December 15, 2008, prior to the Defendant's alleged infringement on February 6, 2018. See 17 U.S.C. § 412. Attached as Exhibit D is a true and correct copy of the Plaintiff's applicable copyright registration, as maintained on the Public Catalog of the U.S. Copyright Office's website.

6. On September 17, 2019, a copy of the summons and complaint was served on Defendant via its authorized agent. [Dkt. No. 14]. The deadline to file an answer or responsive pleading was October 8, 2019. No extension was sought.

7. The basis for entry of default is Defendant's failure to answer or otherwise file a response to the complaint.

8. There is only one defendant in this action; thus, the Court may appropriately order a default judgment against Defendant on the issue of damages.

9. For violation of 17 U.S.C. § 501, Plaintiff seeks $10,000.00 in civil penalties for willful copyright infringement. See Memorandum of Law filed concurrently herewith.

10. Plaintiff also seeks $510.00 in attorneys' fees and $440.00 in costs under 17 U.S.C. § 505.

11. I have been a member of the Oregon State Bar since October 2009 and a member of the federal bar since December 2015. I have taken six (6) cases to trial before a jury, handled two (2) bench trials, and have handled over 125 cases that are or were litigated in State Court, and more than 40 cases in Federal Court. My current rate is $425/hour.

12. I expended 1.2 hours drafting this application for a default judgment, which at $425 per hour, totals $510 in requested attorney's fees.

13. The requested costs include the filing fee of $400 and the cost for a process server of $40.

14. No part of the Judgment sought has been paid, other than as indicated in the present motion.

15. Attached hereto to as Exhibit 1 are true and correct copies of default judgments on other copyright infringement cases from within the past five years.

16. Attached hereto to as Exhibit 1 is a true and correct copy of the United States Copyright Office's Public Catalog listing the copyright for Plaintiff in this case.

I declare under penalty of perjury under the federal laws and the laws of the State of Oregon that the foregoing is true and correct.

DATED: April 27, 2021        STEVENS & LEGAL, LLC

/s/ Michael O. Stevens
Michael O. Stevens, OSB No. 095198
michael@hillsborofirm.com
Attorney for Plaintiff