UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MARCO VERCH

                              Plaintiff,                    Docket No. 1:19-cv-5162-FB-PK

        - against -

HANDSOME SERVICE, INC.

                              Defendant.

## DEFAULT JUDGMENT

This matter came before the Court on plaintiff Marco Verch ("Plaintiff")'s motion for entry of a default judgment against defendant Handsome Service, Inc. ("Defendant") under Rule 55(b)(2) of the Federal Rules of Civil Procedure.  After having considered the arguments and authorities submitted by the Plaintiff, the Court finds as follows:

1.      Plaintiff's complaint and summons were served on Defendant on September 16, 2019. An affidavit of service was filed with the Court on September 16, 2019. [Dkt. #6]

2.      On February 10, 2020, the Clerk of the Court for the United States District Court, Eastern District of New York entered a default against Defendant for failure to plead or otherwise defend this action. [Dkt. #9]

3.      Defendant is not a minor, nor an incompetent person, nor a member of the military service of the United States.

4.      Plaintiff filed his application for entry of default judgment seeking $30,000.00 in statutory damages for copyright infringement, $2550.00 in attorneys' fees, and $440.00 in costs plus interest.

5.      Defendant has not filed any opposition to Plaintiff's application for default

judgment.

**THEREFORE, IT IS ADJUDGED AND ORDERED** that Plaintiff's Application for

Entry of Default Judgment is GRANTED pursuant to Fed.R.Civ.P. 55(b)(2); it is

**FURTHER ORDERED** that the Court declares that Defendant violated Plaintiff's

exclusive rights under 17 U.S.C. § 106 of the Copyright Act by engaging in unauthorized copying

of Plaintiff's registered work; it is

**FURTHER ORDERED** that Defendant shall pay $30,000.00 in statutory damages under

17 U.S.C. § 504(c); it is

**FURTHER ORDERED** that Defendant shall pay $2550.00 in attorneys' fees and $440.00

in costs pursuant to 17 U.S.C. § 505; it is

**FURTHER ORDERED,** that Defendant shall post-judgment interest under 28 U.S.C.A. §

1961; it is

**FURTHER ORDERED** that this Court retains jurisdiction over any matter pertaining to

this judgment; and it is

**FURTHER ORDERED** that this case is dismissed and the Clerk of the Court shall remove

it from the docket of the Court.

This is a final appealable order. *See* FED. R. APP. P. 4(a).

Dated: 5/18/2020                                        **SO ORDERED.**


                                                       /S/  Frederic Block
                                                       Frederic Block (U.S.D.J.)

                                                       Exhibit 1, pg. 02

RD 2/25/2020

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ FEB 25 2020 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT
COURT EASTERN DISTRICT
OF NEW YORK

KISHA BARI

                    Plaintiff,

- against -


OCEAN GOLD MEDIA LLC

                    Defendant.

Docket No. 1:18-cv-05992
(WFK-SJB)

### DEFAULT JUDGMENT

This matter came before the Court on plaintiff Bryan Carmody ("Plaintiff")'s motion for entry of a default judgment against defendant Ocean Gold Media LLC ("Defendant") under Rule 55(b)(2) of the Federal Rules of Civil Procedure.  After having considered the arguments and authorities submitted by the Plaintiff, the Court finds as follows:

1.     Plaintiff's amended complaint and an original summons were served on Defendant on January 18, 2019.  An affidavit of service was filed with the Court on May 8, 2019.

2.     On February 10, 2020, the Clerk of the Court for the United States District Court, Eastern District of New York entered a default against Defendant for failure to plead or otherwise defend this action.

3.     Defendant is not a minor, nor an incompetent person, nor a member of the military service of the United States.

4.     Plaintiff filed his application for entry of default judgment on February 11, 2020.



COURT'S
EXHIBIT NO. 1
IDENTIFICATION/EVIDENCE
DKT.# 18cv5992
DATE 2-24-20

Exhibit 1, pg. 03

5.      On February 13, 2020, the Court scheduled a hearing for Plaintiff's application for default judgment.  Defendant has failed to respond to that Order.

**THEREFORE, IT IS ADJUDGED AND ORDERED** that Plaintiff's application for Entry of Default Judgment is GRANTED pursuant to Fed.R.Civ.P. 55(b)(2); it is

**FURTHER ORDERED** that the Court declares that Defendant violated Plaintiff's exclusive rights under 17 U.S.C. § 106 of the Copyright Act by engaging in unauthorized copying of Plaintiff's registered work; it is

**FURTHER ORDERED** that Defendant shall pay $30,000.00 in statutory damages under 17 U.S.C. § 504(c); it is

**FURTHER ORDERED** that Defendant shall pay $2550.00 in attorneys' fees and $480.00 in costs pursuant to 17 U.S.C. § 505; it is

**FURTHER ORDERED,** that Defendant shall post-judgment interest under 28 U.S.C.A. § 1961; it is

**FURTHER ORDERED** that this Court retains jurisdiction over any matter pertaining to this judgment; and it is

**FURTHER ORDERED** that this case is dismissed and the Clerk of the Court shall remove it from the docket of the Court.

This is a final appealable order. *See* FED. R. APP. P. 4(a).


Dated:  February 24, 2020                              **SO ORDERED.**

                                                                    s/WFK

                                                        William F. Kuntz, II (U.S.D.J.)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRYAN CARMODY,<br><br>                              Plaintiff,<br><br>        - against -<br><br>DML NEWS & ENTERTAINMENT, INC.<br><br>                              Defendant. | Docket No. 1:18-cv-04893 (WFK-SJB) |

## **DEFAULT JUDGMENT**

This matter came before the Court on plaintiff Bryan Carmody ("Plaintiff")'s motion for entry of a default judgment against defendant DML News & Entertainment, Inc. ("Defendant") under Rule 55(b)(2) of the Federal Rules of Civil Procedure.  After having considered the arguments and authorities submitted by the Plaintiff, the Court finds as follows:

1.      Plaintiff's complaint and an original summons were served on Defendant on September 11, 2018.  An affidavit of service was filed with the Court on October 12, 2018.

2.      On December 7, 2018, the Clerk of the Court for the United States District Court, Eastern District of New York entered a default against Defendant for failure to plead or otherwise defend this action.

3.      Defendant is not a minor, nor an incompetent person, nor a member of the military service of the United States.

4.      Plaintiff filed his application for entry of default judgment on August 26, 2019.



5.      On October 8, 2019, the Court held a hearing for Plaintiff's application for default judgment.  Defendant has failed to respond to that Order.

**THEREFORE, IT IS ADJUDGED AND ORDERED** that Plaintiff's application for Entry of Default Judgment is GRANTED pursuant to Fed.R.Civ.P. 55(b)(2); it is

**FURTHER ORDERED** that the Court declares that Defendant violated Plaintiff's exclusive rights under 17 U.S.C. § 106 of the Copyright Act by engaging in unauthorized copying of Plaintiff's registered work; it is

**FURTHER ORDERED** that Defendant shall pay $30,000.00 in statutory damages under 17 U.S.C. § 504(c); it is

**FURTHER ORDERED** that Defendant shall pay $2975.00 in attorneys' fees and $480.00 in costs pursuant to 17 U.S.C. § 505; it is

**FURTHER ORDERED,** that Defendant shall post-judgment interest under 28 U.S.C.A. § 1961; it is

**FURTHER ORDERED** that this Court retains jurisdiction over any matter pertaining to this judgment; and it is

**FURTHER ORDERED** that this case is dismissed and the Clerk of the Court shall remove it from the docket of the Court.

This is a final appealable order. *See* FED. R. APP. P. 4(a).

Dated: _October 8 2019_                              SO ORDERED.

                                                                    s/WFK

                                                        William F. Kuntz, II (U.S.D.J.)

Case 6:19-cv-01394-AA    Document 25-1    Filed 04/27/21    Page 7 of 27

Case 1:19-cv-00477-JGK    Document 19    Filed 06/04/19    Page 1 of 2
Case 1:19-cv-00477-JGK    Document 16    Filed 05/21/19    Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY LANZILOTE,

                                Plaintiff,

        - against -

THE TEMPTEST MEDIA, INC.

                                Defendant.

Docket No. 1:19-cv-00477 (JFK)



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/19

## [PROPOSED] DEFAULT JUDGMENT

This matter came before the Court on plaintiff Anthony Lanzilote ("Plaintiff")'s motion for entry of a default judgment against defendant The Tempest Media, Inc. ("Defendant") under Rule 55(b)(2) of the Federal Rules of Civil Procedure. After having considered the arguments and authorities submitted by the Plaintiff, the Court finds as follows:

1.  Plaintiff's complaint and an original summons were served on Defendant on January 18, 2019. An affidavit of service was filed with the Court on January 23, 2018.

2.  On April 18, 2019, the Clerk of the Court for the United States District Court, Southern District of New York entered a default against Defendant for failure to plead or otherwise defend this action.

3.  Defendant is not a minor, nor an incompetent person, nor a member of the military service of the United States.

4.  Plaintiff filed his application for entry of default judgment on May 21, 2019.

Exhibit 1, pg. 07

Case 6:19-cv-01394-AA    Document 25-1    Filed 04/27/21    Page 8 of 27

Case 1:19-cv-00477-JGK   Document 19   Filed 06/04/19   Page 2 of 2
Case 1:19-cv-00477-JGK   Document 16   Filed 05/21/19   Page 2 of 2

5.    On *May 21, 2019*, the Court scheduled a hearing ~~for~~ Plaintiff's application *for June 4, 2019 on* for default judgment. Defendant has failed to respond to that Order *or to appear at the hearing*.

**THEREFORE, IT IS ADJUDGED AND ORDERED** that Plaintiff's application for

Entry of Default Judgment is GRANTED pursuant to Fed.R.Civ.P. 55(b)(2); it is

**FURTHER ORDERED** that the Court declares that Defendant violated Plaintiff's

exclusive rights under 17 U.S.C. § 106 of the Copyright Act by engaging in unauthorized

copying of Plaintiff's registered work; it is

**FURTHER ORDERED** that Defendant shall pay $30,000.00 in statutory damages under

17 U.S.C. § 504(c); it is

**FURTHER ORDERED** that Defendant shall pay $2975.00 in attorneys' fees and

$480.00 in costs pursuant to 17 U.S.C. § 505; it is

**FURTHER ORDERED,** that Defendant shall *is entitled to* post-judgment interest under 28 U.S.C.A.

§ 1961; it is

**FURTHER ORDERED** that this Court retains jurisdiction over any matter pertaining to

this judgment; and it is

**FURTHER ORDERED** that this case is dismissed and the Clerk of the Court shall

remove it from the docket of the Court. *The Clerk is directed to close this case and to close any pending motions.*

This is a final appealable order. *See* FED. R. APP. P. 4(a).


Dated:   *6/4/19*                                          **SO ORDERED.**

                                                           John E. Koeltl (U.S.D.J.)

Case 1:18-cv-11589-JSR    Document 17    Filed 04/15/19    Page 1 of 2

Case 1:18-cv-11589-JSR    Document 14    Filed 02/26/19    Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---

BARON A. WOLMAN,

                        Plaintiff,

     - against -

HUDSON VALLEY NEWS NETWORK, LLC

                        Defendant.

Docket No. 18-cv-11589 (JSR)

---

## [PROPOSED] DEFAULT JUDGMENT

This matter came before the Court on plaintiff Baron A. Wolman ("Plaintiff")'s motion for entry of a default judgment against defendant Hudson Valley News Network, LLC ("Defendant") under Rule 55(b)(2) of the Federal Rules of Civil Procedure. After having considered the arguments and authorities submitted by the Plaintiff, the Court finds as follows:

       1.    Plaintiff's complaint and an original summons were served on Defendant on January 23, 2019.

       2.    On February 21, 2019, the Clerk of the Court for the United States District Court, Southern District of New York entered a default against Defendant for failure to plead or otherwise defend this action.

       3.    Defendant is not a minor, nor an incompetent person, nor a member of the military service of the United States.

       4.    Plaintiff filed his motion for entry of default judgment on February 26, 2019.

       5.    The Court scheduled a hearing on the present motion on ___3/28/___, 2019 and Defendant failed to appear.

Case 1:18-cv-11589-JSR    Document 17    Filed 04/15/19    Page 2 of 2

Case 1:18-cv-11589-JSR   Document 14   Filed 02/26/19   Page 2 of 2

**THEREFORE, IT IS ADJUDGED AND ORDERED** that Plaintiff's Motion for Entry of Default Judgment is GRANTED pursuant to Fed.R.Civ.P. 55(b)(2); it is

**FURTHER ORDERED** that the Court declares that Defendant violated Plaintiff's exclusive rights under 17 U.S.C. § 106 of the Copyright Act by engaging in unauthorized copying of Plaintiff's registered work; it is

**FURTHER ORDERED** that Defendant shall pay $30,000.00 in statutory damages under 17 U.S.C. § 504(c); it is

**FURTHER ORDERED** that Defendant shall pay $3656.25 in attorneys' fees and $461.00 in costs pursuant to 17 U.S.C. § 505; it is

**FURTHER ORDERED,** that Defendant shall post-judgment interest under 28 U.S.C.A. § 1961; it is

**FURTHER ORDERED** that this Court retains jurisdiction over any matter pertaining to this judgment; and it is

**FURTHER ORDERED** that this case is dismissed and the Clerk of the Court shall remove it from the docket of the Court.

This is a final appealable order. *See* FED. R. APP. P. 4(a).

Dated: _____3/29/19_____                    **SO ORDERED.**

Jed S. Rakoff (U.S.D.J.)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_12/10/2018___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN HIRSCH,

                                    Plaintiff,                    Docket No. 18-cv-09079 (LGS)

        - against -

THE DISHH, LLC

                                    Defendant.

## [PROPOSED] DEFAULT JUDGMENT

        This matter came before the Court on plaintiff Steven Hirsch's ("Plaintiff")'s application

for entry of a default judgment against defendant The Dishh, LLC ("Defendant") under Rule

55(b)(2) of the Federal Rules of Civil Procedure.  After having considered the arguments and

authorities submitted by Plaintiff, the Court finds as follows:

        1.      Plaintiff's complaint and an original summons were served on Defendant on

October 24, 2018.  An affidavit of service was filed with the Court on October 26, 2018.

        2.      On November 19, 2018, the Clerk of the Court for the United States District

Court, Southern District of New York entered a default against Defendant for failure to plead or

otherwise defend this action.

        3.      On November 21, 2018, Plaintiff filed his application for default judgment by

proposed order to show cause.

        5.      On November 26, 2018, the Court scheduled a hearing for Plaintiff's application

and issued an Order for Defendant to show cause by December 4, 2018 why a default judgment

should not be entered in favor of Plaintiff. Defendant has failed to file any opposition to entry of a default judgment and failed to appear at the hearing scheduled for December 6, 2018.

**THEREFORE, IT IS ADJUDGED AND ORDERED** that Plaintiff's application for entry of default judgment is GRANTED pursuant to Fed.R.Civ.P. 55(b)(2); it is

**FURTHER ORDERED** that Defendant shall pay $30,000.00 in statutory damages as civil penalties for willful copyright infringement under 17 U.S.C. § 504(c); it is

**FURTHER ORDERED** that Defendant shall pay $10,000.00 in statutory damages as civil penalties for removal and/or alteration of copyright management information in violation of 17 U.S.C. § 1202(b); it is

**FURTHER ORDERED** that Defendant shall pay $2800.00 in attorneys' fees and $475.00 in costs pursuant to 17 U.S.C. § 505; it is

**FURTHER ORDERED,** that Defendant shall post-judgment interest under 28 U.S.C.A. § 1961; it is

**FURTHER ORDERED** that this Court retains jurisdiction over any matter pertaining to this judgment; and it is

**FURTHER ORDERED** that ~~this case is dismissed and~~ the Clerk of the Court shall ~~remove it from the docket of the Court~~ close any open motions, cancel any conferences and close the case.

This is a final appealable order. *See* FED. R. APP. P. 4(a).

Dated:  December 10, 2018                                   **SO ORDERED.**
        _____

                                              **LORNA G. SCHOFIELD**
                                              **UNITED STATES DISTRICT JUDGE**

Exhibit 1, pg. 12

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:_____
DATE FILED:  6/27/2018
```

PAUL MARTINKA

                                    *Plaintiff,*                    Index No. 18-cv-1993 (AT)

                                                                    **DEFAULT JUDGMENT**

        vs.


DIARIO DE MEXICO USA, INC.,

                                    *Defendant.*

-- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x


ANALISA TORRES, United States District Judge:


        WHEREAS, Plaintiff Paul Martinka filed the Complaint in this action on March 6,

2018.  On March 16, 2018, the Defendant was served a Summons, Civil Cover Sheet and First

Amended Complaint through the Secretary of State of New York.  Pursuant to Fed. R. Civ. P.

12, an answer or a response was due on April 6, 2018.  On May 18, 2018, Plaintiff's request for

a Certificate of Default from the Court Clerk was granted.  On May 18, 2018, Plaintiff filed his

Motion for Default Judgment.  Because Defendant has failed to timely appear and defend itself

against the allegations contained in the Complaint, it is hereby:

        ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion for Default

Judgment is GRANTED; it is

        FURTHER ORDERED that Defendant violated 17 U.S.C. § 501, for which it shall

pay $30,000 in civil penalties for copyright infringement; and it is

        FURTHER ORDERED that Defendant violated 17 U.S.C. §1202(b), for which is

shall pay $10,000 in civil penalties for improper removal of copyright management

information; and it is

      FURTHER ORDERED that Defendant shall pay attorneys' fees in the amount of

$4,500 and costs in the amount of $500 pursuant to 17 U.S.C. § 505; and it is

      FURTHER ORDERED that this case is DISMISSED and the Clerk of the Court shall

remove it from the docket of the Court.


**DATED:**     June 27, 2018
                New York, New York


                                        **SO ORDERED:**

                                        Analisa Torres
                                        U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/2018

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
JOE MYERESS,

                              Plaintiff,

                                                                17 **CIV** 9691 (KPF)

              -against-                          **DEFAULT JUDGMENT**

BRISSI GROUP, LLC,

                              Defendant.
-------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the

Court's Order dated June 21, 2018, Plaintiffs' motion for a default judgment is granted; Defendant

has violated (i) 17 U.S.C. § 501, for which it shall pay $30,000 in civil penalties for copyright

infringement, and (ii) 17 U.S.C. § 1202(b), for which is shall pay $10,000 in civil penalties for

improper removal of copyright management information, along with attorneys' fees in the amount

of $4,175.64 and costs in the amount of $562.70.

**DATED**: New York, New York
              June 25, 2018

                                        **RUBY J. KRAJICK**

                                          **Clerk of Court**

                              **BY:** _____
                                        **Deputy Clerk**

                    **THIS DOCUMENT WAS ENTERED**
                    **ON THE DOCKET ON** _6/25/2018_

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JOHN CURTIS RICE,

                          Plaintiff,                          Docket No. 17-cv-8332(WHP)

          - against -


SUTTON NEW MEDIA LLC

                          Defendant.


## ORDER AND DEFAULT JUDGMENT

WILLIAM H. PAULEY III, UNITED STATES DISTRICT JUDGE:

      This matter came before the Court on plaintiff John Curtis Rice ("Plaintiff")'s motion for entry of a default judgment against defendant Sutton New Media LLC ("Defendant") under Rule 55(b)(2) of the Federal Rules of Civil Procedure. After having considered the arguments and authorities submitted by the Plaintiff, the Court finds as follows:

      1.      Plaintiff's complaint, an original summons and all attachments thereto were served on Defendant on October 29, 2017.  An affidavit of service was filed with the Court on January 10, 2018.

      2.      On February 9, 2018, the Clerk of the Court for the United States District Court, Southern District of New York entered a default against Defendant for failure to plead or otherwise defend this action.

      3.      Defendant is not a minor, nor an incompetent person, nor a member of the military service of the United States.

Exhibit 1, pg. 16

4.       Plaintiff applied for entry of default judgment on March 19, 2018.  Plaintiff seeks:

(1) $30,000 in statutory damages under the Copyright Act, 17 U.S.C. § 501(c); (2) $4480.00 in

attorneys' fees pursuant to 17 U.S.C. § 505; and (3) $500.00 in costs; including interest.

   **THEREFORE, IT IS ADJUDGED AND ORDERED** that Plaintiff's Motion for Entry

of Default Judgment is GRANTED; it is

   **FURTHER ORDERED** that the Court DECLARES that Defendant violated Plaintiff's

exclusive rights under 17 U.S.C. § 106 of the Copyright Act by engaging in unauthorized

copying of Plaintiff's registered work; it is

   **FURTHER ORDERED** that Defendant shall pay $30,000 in statutory damages; it is

   **FURTHER ORDERED** that Defendant shall pay $4480.00 in attorneys' fees and $500

in costs, including interest; it is

   **FURTHER ORDERED** that this Court retains jurisdiction over any matter pertaining to

this judgment; and it is

   **FURTHER ORDERED** that this case is DISMISSED and the Clerk of the Court shall

remove it from the docket of the Court. This is a final appealable order. See FED. R. APP. P.

4(a).

Dated: May 24, 2018                                        SO ORDERED:


_____
WILLIAM H. PAULEY III
U.S.D.J.



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Caron Myers,

                    *Plaintiff,*

              vs.

COED Media Group, LLC.

                    *Defendant.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

: Index No. 18-cv-2180-JSR

: ECF Case

: **PROPOSED ORDER OF**
: **DEFAULT JUDGMENT**

JED S. RAKOFF, United States District Judge, says:

       Plaintiff filed the Complaint in this action on March 12, 2108. On March 16,

2018, Defendant was served a Summons, Civil Cover Sheet and Complaint at its place of

business where Dennis M. was authorized to accept process. Pursuant to Fed. R. Civ. P.

12, an answer or a response to the Complaint was due on or before April 6, 2018.

Defendant failed to timely answer or otherwise respond to the Complaint and, on April

30, 2018, the Clerk of Court entered a Certificate of Default. On April 30, 2018, Plaintiff

filed a Motion for Default Judgment. The Defendant, having failed to timely appear and

defend itself against the allegations contained in the Complaint is hereby:

       ORDERED that Plaintiff's Motion for Default Judgment is GRANTED;

       FURTHER ORDERED that the Defendant violated Sections 106 and 501of the

Copyright Act;

       FURTHER ORDERED that Defendant shall pay $60,000 in civil penalties,

representing $30,000 for each instance of willful copyright infringement;

FURTHER ORDERED that Defendant shall pay $2,550.00 in Plaintiff's

attorney's fees and costs; and

FURTHER ORDERED that this case is DISMISSED and the Clerk of the Court

shall remove it from the docket of the Court.

SO ORDERED.

Dated:

_____5/1/_____, 2018
New York, New York

_____
Jed S. Rakoff
United States District Judge

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------X
JOSEPH MARZULLO,

               Plaintiff,

     -against-

KARMIC RELEASE LTD.,

               Defendant.
--------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/25/2018

17 **CIVIL** 7482 KPF)

**DEFAULT JUDGMENT**

       It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Order dated April 24, 2018, Plaintiff's motion for default judgment is granted; the Court holds that Plaintiff is entitled to relief on his claims for copyright infringement and attorneys' fees and costs; accordingly, judgment is entered that Defendant shall pay damages for copyright infringement in the amount of $30,000, along with attorneys' fees in the amount of $3,808 and costs in the amount of $500.

**DATED**: New York, New York
       April 25, 2018

               **RUBY J. KRAJICK**

               **Clerk of Court**

       **By:**

               **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 4/25/2018

Exhibit 1, pg. 20

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-28-18

NEIL ZLOZOWER,

                          Plaintiff,                          Docket No. 17-cv-9510 (RWS)

    - against -

RUKKUS, INC.

                          Defendant.

### [PROPOSED] ORDER AND DEFAULT JUDGMENT

ROBERT W. SWEET, United States District Judge:

This matter came before the Court on plaintiff Neil Zlozower ("Plaintiff")'s motion for entry of a default judgment against defendant Rukkus, Inc. ("Defendant") under Rule 55(b)(2) of the Federal Rules of Civil Procedure. After having considered the arguments and authorities submitted by the Plaintiff, the Court finds as follows:

1.    Plaintiff's complaint, an original summons and all attachments thereto were served on Defendant on December 12, 2017. An affidavit of service was filed with the Court on January 10, 2018.

2.    On February 9, 2018, the Clerk of the Court for the United States District Court, Southern District of New York entered a default against Defendant for failure to plead or otherwise defend this action.

3.    Defendant is not a minor, nor an incompetent person, nor a member of the military service of the United States.

4.     Plaintiff filed his motion for entry of default judgment on February 28, 2018.

Plaintiff seeks: (1) $30,000 in statutory damages under the Copyright Act, 17 U.S.C. § 501(c);

(2) $4500.00 in attorneys' fees pursuant to 17 U.S.C. § 505; and (3) $500 in costs; including

interest.

**THEREFORE, IT IS ADJUDGED AND ORDERED** that Plaintiff's Motion for Entry

of Default Judgment is GRANTED; it is

**FURTHER ORDERED** that the Court DECLARES that Defendant violated Plaintiff's

exclusive rights under 17 U.S.C. § 106 of the Copyright Act by engaging in unauthorized

copying of Plaintiff's registered work; it is

**FURTHER ORDERED** that Defendant shall pay $30,000 in statutory damages; it is

**FURTHER ORDERED** that Defendant shall pay $4500.00 in attorneys' fees and

$500.00 in costs, including interest; it is

**FURTHER ORDERED** that this Court retains jurisdiction over any matter pertaining to

this judgment; and it is

**FURTHER ORDERED** that this case is DISMISSED and the Clerk of the Court shall

remove it from the docket of the Court. This is a final appealable order. See FED. R. APP. P.

4(a).

Dated: March 2⁄ 2018

SO ORDERED.

Robert W. Sweet (U.S.D.J.)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ANGEL CHEVRESTT,

                     *Plaintiff*,

vs.

CRAFT NATION INC.

                     *Defendant..*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

: Index No. 17-cv-09232-JSR

: ECF Case

: PROPOSED ORDER OF
: DEFAULT JUDGMENT

JED S. RAKOFF, United States District Judge, says:

       Plaintiff filed the Complaint in this action on November 23, 2017. On December 4, 2017, Defendant was served a Summons, Civil Cover Sheet and Complaint at its place of business where Una Reilly was authorized to accept process. Pursuant to Fed. R. Civ. P. 12, an answer or a response to the Complaint was due on or before December 26, 2017. Defendant failed to timely answer or otherwise respond to the Complaint and, on December 29, 2017, the Clerk of Court entered a Certificate of Default. On January 2, 2018, Plaintiff filed a Motion for Default Judgment. The Defendant, having failed to timely appear and defend itself against the allegations contained in the Complaint is hereby:

       ORDERED that Plaintiff's Motion for Default Judgment is GRANTED;

       FURTHER ORDERED that the Defendant violated Sections 106 and 501of the Copyright Act;

       FURTHER ORDERED that Defendant shall pay $30,000 in civil penalties for each instance of willful copyright infringement;

FURTHER ORDERED that Defendant shall pay $4,300 in Plaintiff's

attorney's fees and costs; and

FURTHER ORDERED that this case is DISMISSED and the Clerk of the Court

shall remove it from the docket of the Court.

SO ORDERED.


Dated:

_____ / 5 , 2018
New York, New York


_____
Jed S. Rakoff
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
JACKSON LEE,                          :

        Plaintiff,                    :

        -v-                           :          17-cv-8122 (JSR)

WHITE CAT MEDIA,                      :          FINAL JUDGMENT

        Defendant.                    :
------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12|13|17

JED S. RAKOFF, U.S.D.J.

        This action having been commenced on October 22, 2017,

defendant having been served with a copy of the Summons and

Complaint on November 9, 2017, proof of service having been

filed on December 5, 2017, no defendant having answered the

complaint, and the time for answering the complaint having

expired, it is

        ORDERED, ADJUDGED AND DECREED: That the plaintiff have

judgment against defendant in the amount of $30,000 as damages

for defendant's infringement of plaintiff's trademark in

violation of 17 U.S.C. §501 et seq.

        SO ORDERED

Dated:   · New York, NY

         December 12, 2017                   JED S. RAKOFF, U.S.D.J.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

GARY MILLER

                   *Plaintiff,*

vs.

ALLHIPHOP.COM LLC

                   *Defendant.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Index No. 16-cv-02744-(RA)

ECF Case

~~PROPOSED~~ **DEFAULT JUDGEMENT**

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 1  2016

RONNIE ABRAMS, United States District Judge:

      Plaintiff filed the Complaint in this action on April 12, 2016. On April 14, 2016, the Defendant was served a Summons, Civil Cover Sheet and Complaint through the New York Secretary of State.  Pursuant to Fed. R. Civ. P. 12(a), Defendant was required to answer by May 5, 2016.  On July 11, 2016, the Plaintiff moved for a Certificate of Default from the Clerk of Court, followed by a Motion for Default and a hearing on Order to Show Cause.  The Clerk of Court entered default on July 15, 2016, and a hearing was held on October 4, 2016.  The Defendant having failed to timely appear and defend itself against the allegations contained in the Complaint is hereby:

      ORDERED that Plaintiff's Motion for Default Judgment is GRANTED; it is

      FURTHER ORDERED that the Defendant violated Section 501 et al. of the

      Copyright Act;

      FURTHER ORDERED that Defendant shall pay $30,000 in civil penalties for

      willful copyright infringement; it is

FURTHER ORDERED that Defendant shall pay $8,000 in Plaintiff's attorney's

fees and costs; and it is

FURTHER ORDERED that this case is DISMISSED and the Clerk of the Court

shall remove it from the docket of the Court.

SO ORDERED.

Dated:        September  11, 2016
              New York, NY

                                        Ronnie Abrams
                                        United States District Judge

Exhibit 1, pg. 27