

**Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.**



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = VAu000989644
Search Results: Displaying 1 of 1 entries



*Alex Stross Photographs 2007-2008.*

|                              |                                                                                                                                      |
|-----------------------------:|:-------------------------------------------------------------------------------------------------------------------------------------|
| **Type of Work:**            | Visual Material                                                                                                                      |
| **Registration Number / Date:** | VAu000989644 / 2008-12-15                                                                                                         |
| **Application Title:**       | Alex Stross Photographs 2007-2008.                                                                                                   |
| **Title:**                   | Alex Stross Photographs 2007-2008.                                                                                                   |
| **Description:**             | CD-ROM containing photographs.                                                                                                       |
| **Copyright Claimant:**      | Alexander Bayonne Stross, 1976- d.b.a. Stross Arts. Address: 5618 Shoalwood ave, Austin, Texas, 78756, United States.                |
| **Date of Creation:**        | 2008                                                                                                                                 |
| **Authorship on Application:** | Alexander Bayonne Stross, 1976- d.b.a. Stross Arts; Citizenship: United States. Authorship: photography.                           |
| **Rights and Permissions:**  | Alexander Bayonne Stross, 5618 Shoalwood ave, Austin, Texas, 78756, United States, (512) 912-8377, abstross@gmail.com                |
| **Names:**                   | Stross, Alexander Bayonne, 1976-<br>Stross Arts                                                                                      |



| **Save, Print and Email (Help Page)** |
|---|
| Select Download Format [Full Record ▾]   [Format for Print/Save] |
| Enter your email address: [          ]   [Email] |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

Exhibit 2, pg. 02