IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ALEXANDER STROSS,<br><br>  Plaintiff,<br><br>  v.<br><br>SMITH ROCK MASONRY COMPANY LLC,<br><br>  Defendant. | Civ. No. 6:19-cv-01394-AA<br><br>**JUDGMENT** |

AIKEN, Judge:

  For the reasons set forth in the accompanying Opinion & Order (doc. 26), default judgment is entered in favor of plaintiff Alexander Stross and against defendant Smith Rock Masonry Company LLC. Defendant is ordered to (1) pay plaintiff statutory damages of $1,500 pursuant to 17 USC § 504 and (2) pay plaintiff attorney's fees and costs of $950 pursuant to 17 U.S.C. § 505.

IT IS SO ORDERED.

  DATED this 16th day of June, 2021.

                     /s/Ann Aiken
                     Ann Aiken
                 United States District Judge